PD-1202-15                                                    9-2-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 03 2015
Abel Acosta, Clerk

State of Texas
        V.
John E. Holmes

Texas Court
      of
Criminal Appeals

Appellate Case Number 11-14-00143-CR

Trial Court Case Number: CR 39464

## Motion for Extension of time to file Petition for Discretionary Review

To the Honorable Judge of said Court:
Comes now John E. Holmes and files this his motion for extension of times to file his Petition for Discretionary Review, and for good cause shows the following:
Applicant respectfully requests a sixty day extension of time to thoroughly research the arguments advanced by the state and prepare a reply for this court's review.
For the foregoing applicant prays this court grant the requested Extension of time.

FILED IN
COURT OF CRIMINAL APPEALS
SEP 17 2015
Abel Acosta, Clerk

CC

Respectfully Submitted

John E. Holmes
Ware Unit
1681 S. FM 3525
Colorado City, TX
                    79512